UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCAS UYENO, | Case No. C18-1091-JCC-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| JEANNE YOUNGQUIST, *et al*., | |
| Defendants. | |

Plaintiff, a former inmate at the Skagit County Justice Center in Mt. Vernon, Washington, is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action.  On October 16, 2018, the Court declined to serve plaintiff's amended complaint due to numerous deficiencies.  Dkt. 12.  The Court also granted plaintiff leave to file a second amended complaint within thirty (30) days.  *Id*.  To date, however, plaintiff has failed to submit a second amended complaint or otherwise respond to the Court's Order.

Accordingly, the Court recommends that this § 1983 action be DISMISSED without prejudice.  A proposed order accompanies this Report and Recommendation.  The Clerk is directed to send copies of this Order to the plaintiff and to the Honorable James P. Donohue.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **January 28, 2019**.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be

REPORT AND RECOMMENDATION
PAGE - 1

noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 1, 2019.**

      This Report and Recommendation is not an appealable order.  Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

      DATED this 8th day of January, 2019.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2