THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCAS UYENO,<br><br>        Plaintiff,<br><br>  v.<br><br>JEANNE YOUNGQUIST, *et al.*,<br><br>        Defendants. | CASE NO. C18-1091-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable James P. Donohue, U.S. Magistrate Judge (Dkt. No. 13). Having thoroughly reviewed the report and recommendation and the record, the Court ORDERS that:

1. The report and recommendation (Dkt. No. 13) is ADOPTED;
2. This matter is DISMISSED without prejudice;
3. The Clerk is DIRECTED to send copies of this order to Plaintiff and to the Honorable James P. Donohue.

DATED this 22nd day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1091-JCC
PAGE - 1